**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 04-0732-RSWL-12 |
| | ) | |
| | ) | **ORDER SETTING BRIEFING** |
| Plaintiff, | ) | **SCHEDULE ON DEFENDANT'S** |
| | ) | **INFORMAL MOTION TO BE** |
| v. | ) | **SENT TO THE BOP FEDERAL** |
| | ) | **JURISDICTION** [1222] |
| | ) | |
| EARL CHILDS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Currently before the Court is Defendant Earl Childs's ("Defendant") Informal Motion to Be Sent to the BOP Federal Jurisdiction ("Motion") [1222], filed on August 11, 2020.  The Court sets the following briefing schedule:

Government's Opposition: **September 11, 2020**

Defendant's Reply:       **October 12, 2020**

///

1

1    The Motion will be deemed submitted upon receipt of

2  any Reply or on the expiration of the Reply deadline.

3

4  **IT IS SO ORDERED.**

5

6  DATED: August 13, 2020          /s/ Ronald S.W. Lew

7                                  **HONORABLE RONALD S.W. LEW**
                                    Senior U.S. District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28